**Order filed August 7, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00006-CV
_____

**FERMIN FRANCO, INDIVIDUALLY, AND A/N/F OF KAMILA FRANCO AND DIEGO FRANCO, Appellant**

**V.**

**SONIA MORALES, Appellee**

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2016-24798**

---

## O R D E R

Appellant's brief was due July 23, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 22, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No further extensions will be granted absent exceptional circumstances.

PER CURIAM